GEORGE LANE et al., Appellants, *v.* THOMAS E. ARNOLD et al., Respondents.

(Argued April 27, 1885 ; decided May 8, 1885.)

*Thomas Kilvert* for appellants.

*John H. V. Arnold* for respondents.

Agree to reverse judgment of Common Pleas and affirm that of the Marine Court, upon the ground that no exceptions appear in the case ; no opinion.

All concur.

Judgment accordingly.

---

THE PEOPLE, ex rel. THAT PORTION OF THE CAYUGA NATION OF INDIANS RESIDING IN CANADA, Respondent, *v.* THE BOARD OF COMMISSIONERS OF THE LAND OFFICE, Appellant.

(Argued April 17, 1885 ; decided June 2, 1885.)

As a majority of the court did not concur in the opinion in this case it is not reported.

*Denis O'Brien, Attorney-General,* for appellant.

*James C. Strong* for respondent.

DANFORTH, J., reads for reversal of order of General Term and for quashing *certiorari ;* RUGER, Ch. J., and MILLER, J., concur; EARL, J., concurs in result; FINCH, J., dissents; RAPALLO and ANDREWS, JJ., do not vote.

Order reversed and writ quashed.